ADAM C. TRIGG, SBN 261498
atrigg@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

GREGORY A. NEIBARGER (*admitted pro hac vice*)
greg.neibarger@dentons.com
Briana L. Clark (*admitted pro hac vice*)
briana.clark@dentons.com
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204-4900
Telephone: (317) 635-8900
Facsimile: (317) 236-9907

Attorneys for Plaintiff
TRIPLE M METAL LP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRIPLE M METAL LP,<br><br>Plaintiff,<br><br>v.<br><br>TUNG TAI GROUP, INC., a California Corporation,<br><br>Defendant. | **Case No. 5:25-cv-01702-SVK**<br><br>**JOINT STIPULATION OF DISMISSAL & ~~[PROPOSED]~~ ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The parties to the above-entitled action jointly submit this JOINT STIPULATION OF DISMISSAL & PROPOSED ORDER, and hereby respectfully move the Court for an order of dismissal.

This motion is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Local Rules of the United States District Court for the Northern District of California, and the Court's inherent authority to manage its calendar and proceedings to the dismissal with prejudice of all

claims in above-captioned action, with each party to bear its own costs, disbursements, and attorney's fees.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully requests that the Court dismiss this action with prejudice.

DATED: October 9, 2026

BERGESON, LLP

By: */s/ Adam C. Trigg*
Adam C. Trigg

Gregory A. Neibarger (*pro hac vice*)
Briana L. Clark (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP

Attorneys for Plaintiff, TRIPLE M METAL LP

DATED: October 9, 2026

ROBERTS ELLIOTT Law Corporation

By: */s/ James Roberts*
James Roberts, SBN 98804

Attorneys for Defendant, TUNG TAI GROUP, INC.

**ATTESTATION OF FILER**

I, Adam C. Trigg am the ECF User whose identification and password are being used to file this JOINT STIPULATION OF DISMISSAL & [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

DATED: October 9, 2026

BERGESON, LLP

By: */s/ Adam C. Trigg*
Adam C. Trigg

Gregory A. Neibarger (*pro hac vice*)
Briana L. Clark (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP

Attorneys for Plaintiff, TRIPLE M METAL LP

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY ORDERED THAT the JOINT STIPULATION OF DISMISSAL & PROPOSED ORDER is approved and this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 13, 2026

HONORABLE SUSAN VAN KEULEN
UNITED STATES DISTRICT MAGISTRATE JUDGE